UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JHON VINAS, ET. AL. | Plaintiff,<br>**CIVIL ACTION# 19-CV-02921** |
| --- AGAINST --- | **AFFIDAVIT OF SERVICE** |
| MLJ PAINTING CORP., ET. ANO. | Defendant, |

STATE OF NEW YORK)
)SS.
COUNTY OF ALBANY )

BILLIE JO WILLIAMS being duly sworn, deposes and says:

That is over the age of eighteen years and is not a party to this action.

That on the 24th day of May, 2019, served the Summons in a Civil Action and Complaint at 2:20 p.m. on MLJ PAINTING CORP., a domestic corporation, one of the defendants in this action by personally delivering to and leaving with a person, AMY LESCH, white female with light brown hair, approximately 36 years of age, 5'6" tall and 225lbs. authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

BILLIE JO WILLIAMS

Sworn before me this
24th day of May, 2019

LAWRENCE A. KIRSCH
4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2019

```
                    State of New York - Department of State
                              Receipt for Service

Receipt #:  201905300181                              Cash #:  201905300138
Date of Service:  05/24/2019                       Fee Paid:  $40 - DRAWDOWN
Service Company:  14 GERALD WEINBERG, INC. - 14

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  MLJ PAINTING CORP.


Plaintiff/Petitioner:
          VINAS, JHON



Service of Process Address:
MLJ PAINTING CORP.
10 SHENANDOAH BLVD.
PORT JEFFERSON STA.,  NY 11776

                                                       Secretary of State
                                                          By   AMY LESCH
```