**Law Offices of Jacob Aronauer**
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

June 19, 2019

**Via ECF**
Judge Ann Donnelly
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

>   *Re: Vinas et al. v. Joseph Picataggi, et al.*
>     *19-cv-02921 (AMD) (RML)*

Dear Judge Donnelly:

      This office represents Plaintiffs in the above captioned matter. Plaintiffs request to have until June 26, 2019 to respond to Defendants' pre-motion conference (dkt 008). Plaintiffs' opposition is currently due on June 21, 2019. The basis for the request is general workload and Plaintiffs plan on providing the Court with a proposed amended complaint (Defendants do not oppose Plaintiffs providing the court with a proposed amended complaint). Defendants further do not oppose Plaintiffs' application for an extension.

      On behalf of my clients, I thank the Court for its consideration.

      **THE LAW OFFICES OF JACOB ARONAUER**

      Respectfully,

      */s/ Jacob Aronauer*
      Jacob Aronauer
      *Attorney for Defendants Ramen-Ya Inc., Masahiko Negita and Miho Maki*

cc:   **Via ECF**
      *All attorneys on record*