Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

June 24, 2019

**Via ECF**
Judge Ann Donnelly
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

  *Re: Vinas et al. v. Joseph Picataggi, et al.*
   *19-cv-02921 (AMD) (RML)*

Dear Judge Donnelly:

  This office represents Plaintiffs in the above captioned matter.  Plaintiffs request permission to file an amended complaint.  If Plaintiffs' request is granted, it would be Plaintiffs' second amended complaint.  Plaintiffs request to have until Friday, June 28th to submit their second amended complaint.  Defendants graciously consent.

  If Plaintiffs request to amend the complaint was granted, Plaintiffs believe it would render Plaintiffs' opposition to Defendants' pre-motion application to dismiss the case moot.

  Defendants also agree to accept service on behalf of all Defendants and waive any defects as it relates to service.

**THE LAW OFFICES OF JACOB ARONAUER**

        Respectfully,

        */s/ Jacob Aronauer*
        Jacob Aronauer
        *Attorney for Plaintiffs*


cc: **Via ECF**
   *All attorneys on record*