Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

July 12, 2019

**Via ECF**
Judge Ann Donnelly
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

      *Re: Vinas et al. v. Vinas*
        *19-cv-02921 (AMD) (RML)*

Dear Judge Donnelly:

    This office represents Plaintiffs in the above captioned matter. Plaintiffs request that the Court change the caption. When filing this matter on ECF, this office accidently listed both Plaintiffs in the caption instead of including the Defendant(s). The correct caption should read as follows: *Vinas et al. v. MLJ Painting Corp.,* 19-cv-02921 (AMD (RML).

    Defendants do not oppose this request.

                        **THE LAW OFFICES OF JACOB ARONAUER**

                        Respectfully,

                        */s/ Jacob Aronauer*
                        Jacob Aronauer
                        *Attorney for Plaintiffs*

cc:    **Via ECF**
       *All attorneys on record*