UNITED STATES DISTRICT COURT
EASTER DISTRICT OF NEW YORK
―――――――――――――――――――――――― X
JHON VINAS and ANDRES VINAS
on behalf of themselves and all others
similarly situated,

        19 Civ. 02921 (AMD)(RML)

        Plaintiffs,

        **NOTICE OF APPEARANCE**

        -against-

MLJ PAINTING CORP. and
JOSEPH PICATAGGI, individually,

        Defendants.
―――――――――――――――――――――――― X

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in this case for defendants MLJ Painting Corp.

and Joseph Picataggi. I certify that I am admitted to practice before this Court.

Dated: New York, New York
       August 7, 2019

                                           /s/Jennifer G. Cramer
                                         Jennifer G. Cramer

                                         Solomon & Cramer LLP
                                         1441 Broadway, Suite 6026
                                         New York, New York 10018

                                         Telephone: (212) 884-9102
                                         Facsimile: (516) 368-3896
                                         Email: jcramer@solomoncramer.com