UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------
JHON VINAS and ANDRES VINAS,            )
on behalf of themselves and all others  )
similarly situated,                     )
                                        )
               Plaintiffs,            )   Civil No. 1:19-cv-02921-AMD-RML
                                        )
     v.                               )
                                        )   **NOTICE OF MOTION**
MLJ PAINTING CORP. and JOSEPH           )
PICATAGGI, individually                 )
                                        )
               Defendants.            )
-------------------------------------------------------

PLEASE TAKE NOTICE that upon the Declaration of Joseph Picataggi, dated October 1, 2019, the Declaration of Andrew T. Solomon, executed on October 2, 2019, and the accompanying memorandum of law, defendants MLJ Painting Corp. and Joseph Picataggi will move before Hon. Ann M Donnelly, United States District Judge, in Courtroom 4GN of the U.S. District Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, for an order dismissing the Second Amended Complaint .

Dated:  New York, New York                 SOLOMON & CRAMER LLP
        October 2, 2019                       *Counsel for Defendants*

                                                          By: /s/Andrew T. Solomon
                                                            Andrew Todd Solomon
                                                      1441 Broadway, Suite 6026
                                                      New York, New York 10018
                                                      t: (212) 884-9102
                                                      f: (516) 368-3896
                                                      asolomon@solomoncramer.com